FRANCES HARRISON *v.* CALVIN HARRISON

The plaintiff's motion for a review by this court of the trial court's order terminating a stay of execution in the appeal from the Superior Court in New Haven County is granted and the relief sought therein is denied.

*John T. Cummiskey, Jr.,* in support of the motion.

Submitted September 18—decided October 2, 1974

LAUREL, INC. *v.* STATE OF CONNECTICUT ET AL.

The plaintiff's "Petition to Waive Printing Requirements and to Alter the Time for Filing Briefs and for Having Oral Arguments" in the appeal from the Superior Court in Fairfield County is granted to the extent that this court will hear the appeal on copies of the record, briefs and appendices, typed or photographically reproduced, subject to subsequent filing of such documents as provided in § 723 of the Practice Book, as amended.

*Daniel Shepro,* in support of the motion.

Submitted September 18—decided October 2, 1974

JAY MORRIS *v.* RUTH CARLSON

The defendant's petition for certification for appeal from the Appellate Division of the Court of Common Pleas is denied.

*Ruth Carlson,* pro se, on the petition.

Submitted September 19—decided October 2, 1974